People of the State of Illinois ex rel. William M. Palzer, appellant, v. City of Kankakee et al., appellees. Gen. No. 9,253.

Opinion filed February 15, 1938.

Noel A. Diamond, for appellant. T. R. Johnston and Victor N. Cardosi, for appellees.

Mr. Presiding Justice Dove delivered the opinion of the court.

Duralith Corporation, appellant, v. Faber-Musser Company, appellee. Gen. No. 9,254.

Opinion filed February 15, 1938.

Shurtleff & Niehaus, for appellant. Willard B. Gaskins and Fredric J. Lee, for appellee.

Mr. Justice Huffman delivered the opinion of the court.

## THIRD DISTRICT.

Jesse B. Parks, administrator of estate of Jesse T. Morrison, deceased, appellant, v. Henry C. Gott, appellee. Gen. No. 9,095.

Opinion filed January 17, 1938.

Oscar J. Putting, Julian Hutchens and Charles I. Coleman, for appellant. Gillespie, Burke & Gillespie, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Austin Six, appellee, v. Village of Bluffs, appellant. Gen. No. 9,068.

Opinion filed January 17, 1938.

L. T. Graham and Merrill H. Johnston, for appellant. Hardin E. Hanks, for appellee.

Mr. Justice Riess delivered the opinion of the court.